| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>James Warr,<br><br>Debtor. | Case No.:   23-14641-SLM<br><br>Chapter:   13<br><br>Hearing Date:   09/24/2025<br><br>Judge:   Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter:  Motion for Relief re: 112 Sunset Drive, Milford, PA (Docket # 25)

Date: 09/18/2025                               /s/ Denise Carlon
                                                                    Signature

*rev.8/1/15*