| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>MidFirst Bank | **Order Filed on October 2, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>James Warr<br>    Debtor | Case No.:  23-14641 SLM<br><br>Hearing Date: 9/24/2025 @ 10am<br><br>Judge:  Stacey L. Meisel |

# CONSENT ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 2, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: James Warr
Case No.: 23-14641 SLM
Caption: **CONSENT ORDER VACATING STAY**

This matter having been brought before the Court by KML LAW GROUP, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esqurie appearing, upon motion to vacate the automatic stay as to real property located at 112 Sunset Drive, Sunrise Lake Estates, Milford, Pennsylvania 18337, and it appearing that notice of said motion was properly served upon all parties concerned and this Court having considered the representations of attorneys for the Secured Creditor and Scott J. Goldstein, attorney for Debtor, have agreed;

It is **ORDERED, ADJUDGED and DECREED** that the Secured Creditor's motion for an order to vacate stay as to the mortgaged property is hereby granted; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 112 Sunset Drive, Sunrise Lake Estates, Milford, Pennsylvania 18337 ("Property"), so as to allow Secured Creditor, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies up to and including the entry of final judgment, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Parties are permitted to proceed with the administration of the estate of Arthur Warr with respect to the subject property; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that prior to scheduling a sheriff sale of the subject property, Secured Creditor shall file a motion to sell the subject property on notice to the Chapter 13 Trustee and the Debtor.

I hereby agree and consent to the above terms and conditions:    Dated: 9/22/2025

/s/ Denise Carlon, Esquire
Denise Carlon, ESQ. Attorney for Secured Creditor

Debtor:        James Warr
Case No.:      23-14641 SLM
Caption:       **CONSENT ORDER VACATING STAY**

I hereby agree and consent to the above terms and conditions:     Dated:   9/23/2025

/s/ Scott J. Goldstein, Esq.
Scott J. Goldstein, ESQ. Attorney for Debtor


I hereby agree and consent to the above terms and conditions:     Dated:   9/23/2025

/s/ Marie-Ann Greenberg, Esq.
Marie-Ann Greenberg, ESQ. Chapter 13 Trustee