| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>MidFirst Bank | |
| In Re:<br>James Warr<br>   Debtor | Case No.:  23-14641 SLM<br><br>Hearing Date: 9/24/2025 @ 10am<br><br>Judge:  Stacey L. Meisel |

**Order Filed on October 2, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

## CONSENT ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: October 2, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | James Warr |
| Case No.: | 23-14641 SLM |
| Caption: | **CONSENT ORDER VACATING STAY** |

This matter having been brought before the Court by KML LAW GROUP, P.C., attorneys for Secured Creditor, MidFirst Bank,  Denise Carlon, Esqurie appearing, upon motion to vacate the automatic stay as to real property located at 112 Sunset Drive, Sunrise Lake Estates, Milford, Pennsylvania 18337, and it appearing that notice of said motion was properly served upon all parties concerned and this Court having considered the representations of attorneys for the Secured Creditor and  Scott J. Goldstein, attorney for Debtor, have agreed;

It is **ORDERED, ADJUDGED and DECREED** that the Secured Creditor's motion for an order to vacate stay as to the mortgaged property is hereby granted; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 112 Sunset Drive, Sunrise Lake Estates, Milford, Pennsylvania 18337 ("Property"), so as to allow Secured Creditor, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies up to and including the entry of final judgment, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Parties are permitted to proceed with the administration of the estate of Arthur Warr with respect to the subject property; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that prior to scheduling a sheriff sale of the subject property, Secured Creditor shall file a motion to sell the subject property on notice to the Chapter 13 Trustee and the Debtor.

I hereby agree and consent to the above terms and conditions:          Dated:   9/22/2025

 /s/ Denise Carlon, Esquire
Denise Carlon, ESQ. Attorney for Secured Creditor

Page 3

Debtor:           James Warr
Case No.:         23-14641 SLM
Caption:          **CONSENT ORDER VACATING STAY**


I hereby agree and consent to the above terms and conditions:        Dated:   <u>9/23/2025</u>


<u>/s/ Scott J. Goldstein, Esq.</u>
Scott J. Goldstein, ESQ. Attorney for Debtor



I hereby agree and consent to the above terms and conditions:        Dated:   <u>9/23/2025</u>


<u>/s/ Marie-Ann Greenberg, Esq.</u>
Marie-Ann Greenberg, ESQ. Chapter 13 Trustee

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 23-14641-SLM

James Warr                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                          Page 1 of 1

Date Rcvd: Oct 02, 2025                  Form ID: pdf903                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | James Warr, PO Box 335, Boonton, NJ 07005-0335 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor James Warr scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4