SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ 07852

Re: JAMES WARR
126 WILSON ST
BOONTON, NJ 07005-2235

Atty: SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ 07852

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-14641**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $15,859.00**

## RECEIPTS AS OF 01/15/2026
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/06/2023 | $400.00 | | 07/24/2023 | $400.00 | |
| 08/23/2023 | $400.00 | | 09/25/2023 | $400.00 | |
| 10/23/2023 | $400.00 | | 11/27/2023 | $400.00 | |
| 12/26/2023 | $400.00 | | 01/23/2024 | $400.00 | |
| 02/26/2024 | $400.00 | | 03/25/2024 | $400.00 | |
| 04/23/2024 | $400.00 | | 04/29/2024 | $1,459.00 | |
| 05/23/2024 | $400.00 | | 06/25/2024 | $400.00 | |
| 07/23/2024 | $400.00 | | 08/23/2024 | $400.00 | |
| 09/23/2024 | $400.00 | | 10/23/2024 | $400.00 | |
| 11/25/2024 | $400.00 | | 12/23/2024 | $400.00 | |
| 01/24/2025 | $400.00 | | 02/25/2025 | $400.00 | |
| 03/24/2025 | $400.00 | | 04/23/2025 | $400.00 | |
| 05/23/2025 | $400.00 | | 06/24/2025 | $400.00 | |
| 07/23/2025 | $400.00 | | 08/25/2025 | $400.00 | |
| 09/23/2025 | $400.00 | | 10/23/2025 | $400.00 | |
| 11/24/2025 | $400.00 | | 12/23/2025 | $400.00 | |

**Total Receipts: $13,859.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $13,859.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 04/15/2024 | $18.16 | 926,114 | 04/15/2024 | $17.47 | 926,114 |
| | 05/10/2024 | $68.43 | 927,591 | 05/10/2024 | $65.82 | 927,591 |
| | 06/17/2024 | $14.72 | 928,993 | 06/17/2024 | $14.16 | 928,993 |
| | 07/15/2024 | $14.73 | 930,480 | 07/15/2024 | $14.16 | 930,480 |
| | 08/19/2024 | $15.20 | 931,890 | 08/19/2024 | $14.62 | 931,890 |

**Chapter 13 Case # 23-14641**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 09/16/2024 | $15.22 | 933,353 | 09/16/2024 | $14.63 | 933,353 |
| | 10/21/2024 | $15.20 | 934,752 | 10/21/2024 | $14.62 | 934,752 |
| | 11/18/2024 | $15.04 | 936,238 | 11/18/2024 | $14.47 | 936,238 |
| | 12/16/2024 | $15.04 | 937,621 | 12/16/2024 | $14.47 | 937,621 |
| | 01/13/2025 | $15.07 | 939,062 | 01/13/2025 | $14.46 | 939,062 |
| | 02/10/2025 | $15.04 | 940,429 | 02/10/2025 | $14.47 | 940,429 |
| | 03/17/2025 | $15.03 | 941,813 | 03/17/2025 | $14.49 | 941,813 |
| | 04/14/2025 | $15.05 | 943,271 | 04/14/2025 | $14.47 | 943,271 |
| | 05/12/2025 | $15.05 | 944,707 | 05/12/2025 | $14.44 | 944,707 |
| | 06/16/2025 | $15.20 | 946,123 | 06/16/2025 | $14.65 | 946,123 |
| | 07/14/2025 | $15.21 | 947,575 | 07/14/2025 | $14.60 | 947,575 |
| | 08/18/2025 | $15.20 | 948,970 | 08/18/2025 | $14.62 | 948,970 |
| | 09/16/2025 | $15.20 | 950,286 | 09/16/2025 | $14.65 | 950,286 |
| | 10/20/2025 | $15.21 | 951,723 | 10/20/2025 | $14.60 | 951,723 |
| | 11/17/2025 | $15.04 | 953,201 | 11/17/2025 | $14.47 | 953,201 |
| | 12/15/2025 | $15.04 | 954,606 | 12/15/2025 | $14.47 | 954,606 |
| | 01/12/2026 | $15.06 | 956,026 | 01/12/2026 | $14.49 | 956,026 |
| CITIZENS BANK NA | | | | | | |
| | 04/15/2024 | $50.74 | 925,808 | 05/10/2024 | $191.17 | 927,302 |
| | 06/17/2024 | $41.13 | 928,670 | 07/15/2024 | $41.14 | 930,177 |
| | 08/19/2024 | $42.48 | 931,572 | 09/16/2024 | $42.50 | 933,061 |
| | 10/21/2024 | $42.48 | 934,418 | 11/18/2024 | $42.03 | 935,911 |
| | 12/16/2024 | $42.03 | 937,292 | 01/13/2025 | $42.00 | 938,719 |
| | 02/10/2025 | $42.03 | 940,108 | 03/17/2025 | $42.05 | 941,459 |
| | 04/14/2025 | $42.03 | 942,929 | 05/12/2025 | $42.01 | 944,355 |
| | 06/16/2025 | $42.47 | 945,754 | 07/14/2025 | $42.48 | 947,215 |
| | 08/18/2025 | $42.48 | 948,649 | 09/16/2025 | $42.47 | 949,914 |
| | 10/20/2025 | $42.48 | 951,338 | 11/17/2025 | $42.03 | 952,817 |
| | 12/15/2025 | $42.03 | 954,219 | 01/12/2026 | $42.02 | 955,660 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 04/15/2024 | $46.13 | 926,267 | 05/10/2024 | $173.76 | 927,739 |
| | 06/17/2024 | $37.39 | 929,152 | 07/15/2024 | $37.39 | 930,617 |
| | 08/19/2024 | $38.61 | 932,044 | 09/16/2024 | $38.57 | 933,494 |
| | 10/21/2024 | $38.61 | 934,903 | 11/18/2024 | $38.20 | 936,382 |
| | 12/16/2024 | $38.20 | 937,760 | 01/13/2025 | $38.24 | 939,205 |
| | 02/10/2025 | $38.20 | 940,559 | 03/17/2025 | $38.16 | 941,953 |
| | 04/14/2025 | $38.20 | 943,413 | 05/12/2025 | $38.22 | 944,857 |
| | 06/16/2025 | $38.60 | 946,270 | 07/14/2025 | $38.62 | 947,714 |
| | 08/18/2025 | $38.61 | 949,095 | 09/16/2025 | $38.60 | 950,426 |
| | 10/20/2025 | $38.61 | 951,869 | 11/17/2025 | $38.20 | 953,339 |
| | 12/15/2025 | $38.20 | 954,747 | 01/12/2026 | $38.20 | 956,157 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | |
| | 04/15/2024 | $44.51 | 925,977 | 05/10/2024 | $167.70 | 927,472 |
| | 06/17/2024 | $36.08 | 928,850 | 07/15/2024 | $36.09 | 930,337 |
| | 08/19/2024 | $37.26 | 931,729 | 09/16/2024 | $37.29 | 933,210 |
| | 10/21/2024 | $37.26 | 934,575 | 11/18/2024 | $36.87 | 936,055 |
| | 12/16/2024 | $36.87 | 937,436 | 01/13/2025 | $36.85 | 938,855 |
| | 02/10/2025 | $36.87 | 940,239 | 03/17/2025 | $36.88 | 941,590 |
| | 04/14/2025 | $36.87 | 943,059 | 05/12/2025 | $36.86 | 944,476 |
| | 06/16/2025 | $37.26 | 945,877 | 07/14/2025 | $37.26 | 947,330 |
| | 08/18/2025 | $37.26 | 948,745 | 09/16/2025 | $37.26 | 950,026 |
| | 10/20/2025 | $37.27 | 951,449 | 11/17/2025 | $36.87 | 952,922 |
| | 12/15/2025 | $36.87 | 954,322 | 01/12/2026 | $36.86 | 955,756 |

**Chapter 13 Case # 23-14641**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | |
| | 04/15/2024 | $9.55 | 926,454 | 04/15/2024 | $27.45 | 926,454 |
| | 05/10/2024 | $35.96 | 927,894 | 05/10/2024 | $103.41 | 927,894 |
| | 06/17/2024 | $7.74 | 929,338 | 06/17/2024 | $22.25 | 929,338 |
| | 07/15/2024 | $22.25 | 930,779 | 07/15/2024 | $7.74 | 930,779 |
| | 08/19/2024 | $22.98 | 932,225 | 08/19/2024 | $7.99 | 932,225 |
| | 09/16/2024 | $22.99 | 933,650 | 09/16/2024 | $7.98 | 933,650 |
| | 10/21/2024 | $22.98 | 935,086 | 10/21/2024 | $7.99 | 935,086 |
| | 11/18/2024 | $7.91 | 936,544 | 11/18/2024 | $22.73 | 936,544 |
| | 12/16/2024 | $7.91 | 937,934 | 12/16/2024 | $22.73 | 937,934 |
| | 01/13/2025 | $7.90 | 939,362 | 01/13/2025 | $22.72 | 939,362 |
| | 02/10/2025 | $22.73 | 940,710 | 02/10/2025 | $7.91 | 940,710 |
| | 03/17/2025 | $22.76 | 942,122 | 03/17/2025 | $7.90 | 942,122 |
| | 04/14/2025 | $22.74 | 943,563 | 04/14/2025 | $7.91 | 943,563 |
| | 05/12/2025 | $22.72 | 945,015 | 05/12/2025 | $7.90 | 945,015 |
| | 06/16/2025 | $22.98 | 946,428 | 06/16/2025 | $8.00 | 946,428 |
| | 07/14/2025 | $7.98 | 947,886 | 07/14/2025 | $22.98 | 947,886 |
| | 08/18/2025 | $7.99 | 949,241 | 08/18/2025 | $22.98 | 949,241 |
| | 09/16/2025 | $8.00 | 950,583 | 09/16/2025 | $22.97 | 950,583 |
| | 10/20/2025 | $7.98 | 952,038 | 10/20/2025 | $22.98 | 952,038 |
| | 11/17/2025 | $22.73 | 953,494 | 11/17/2025 | $7.91 | 953,494 |
| | 12/15/2025 | $22.73 | 954,902 | 12/15/2025 | $7.91 | 954,902 |
| | 01/12/2026 | $22.73 | 956,310 | 01/12/2026 | $7.90 | 956,310 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 04/15/2024 | $56.66 | 8,004,035 | 05/10/2024 | $213.46 | 8,004,082 |
| | 06/17/2024 | $45.93 | 8,004,126 | 07/15/2024 | $45.93 | 8,004,169 |
| | 08/19/2024 | $47.43 | 8,004,210 | 09/16/2024 | $47.39 | 8,004,251 |
| | 10/21/2024 | $47.43 | 8,004,295 | 11/18/2024 | $46.93 | 8,004,336 |
| | 12/16/2024 | $46.93 | 8,004,376 | 01/13/2025 | $46.97 | 8,004,416 |
| | 02/10/2025 | $46.93 | 8,004,458 | 03/17/2025 | $46.88 | 8,004,499 |
| | 04/14/2025 | $46.93 | 8,004,542 | 05/12/2025 | $46.95 | 8,004,579 |
| | 06/16/2025 | $47.42 | 8,004,619 | 07/14/2025 | $47.44 | 8,004,662 |
| | 08/18/2025 | $47.43 | 8,004,704 | 09/16/2025 | $47.42 | 8,004,743 |
| | 10/20/2025 | $47.43 | 8,004,785 | 11/17/2025 | $46.93 | 8,004,824 |
| | 12/15/2025 | $46.93 | 8,004,864 | 01/12/2026 | $46.92 | 8,004,905 |
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 04/15/2024 | $115.18 | 925,972 | 04/15/2024 | $68.14 | 925,972 |
| | 05/10/2024 | $433.91 | 927,464 | 05/10/2024 | $256.67 | 927,464 |
| | 06/17/2024 | $55.23 | 928,846 | 06/17/2024 | $93.36 | 928,846 |
| | 07/15/2024 | $93.37 | 930,332 | 07/15/2024 | $55.23 | 930,332 |
| | 08/19/2024 | $96.41 | 931,724 | 08/19/2024 | $57.03 | 931,724 |
| | 09/16/2024 | $96.45 | 933,206 | 09/16/2024 | $56.98 | 933,206 |
| | 10/21/2024 | $57.03 | 934,569 | 10/21/2024 | $96.41 | 934,569 |
| | 11/18/2024 | $95.39 | 936,051 | 11/18/2024 | $56.43 | 936,051 |
| | 12/16/2024 | $95.39 | 937,432 | 12/16/2024 | $56.43 | 937,432 |
| | 01/13/2025 | $95.33 | 938,850 | 01/13/2025 | $56.47 | 938,850 |
| | 02/10/2025 | $95.39 | 940,235 | 02/10/2025 | $56.43 | 940,235 |
| | 03/17/2025 | $95.47 | 941,586 | 03/17/2025 | $56.37 | 941,586 |
| | 04/14/2025 | $95.40 | 943,054 | 04/14/2025 | $56.43 | 943,054 |
| | 05/12/2025 | $95.36 | 944,471 | 05/12/2025 | $56.47 | 944,471 |
| | 06/16/2025 | $57.02 | 945,873 | 06/16/2025 | $96.40 | 945,873 |
| | 07/14/2025 | $96.41 | 947,326 | 07/14/2025 | $57.04 | 947,326 |
| | 08/18/2025 | $96.41 | 948,743 | 08/18/2025 | $57.03 | 948,743 |
| | 09/16/2025 | $96.40 | 950,023 | 09/16/2025 | $57.02 | 950,023 |
| | 10/20/2025 | $57.03 | 951,446 | 10/20/2025 | $96.42 | 951,446 |
| | 11/17/2025 | $95.39 | 952,919 | 11/17/2025 | $56.43 | 952,919 |
| | 12/15/2025 | $95.39 | 954,318 | 12/15/2025 | $56.43 | 954,318 |
| | 01/12/2026 | $95.38 | 955,752 | 01/12/2026 | $56.42 | 955,752 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 23-14641**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 908.64 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,250.00 | 100.00% | 3,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 3,766.80 | * | 388.14 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,749.32 | * | 1,210.67 | |
| 0003 | LVNV FUNDING LLC | UNSECURED | 5,692.16 | * | 586.52 | |
| 0004 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | US BANK NATIONAL ASSOCIATION | UNSECURED | 23,883.87 | * | 2,461.02 | |
| 0006 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 9,564.28 | * | 985.52 | |
| 0007 | CITIZENS BANK NA | UNSECURED | 10,522.73 | * | 1,084.28 | |
| 0010 | BANK OF AMERICA | UNSECURED | 3,622.74 | * | 373.30 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 1,979.41 | * | 203.96 | |
| 0012 | US BANK NATIONAL ASSOCIATION | UNSECURED | 14,127.85 | * | 1,455.76 | |
| 0013 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 9,230.96 | * | 951.17 | |
| 0014 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $13,858.98**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $13,859.00 - Paid to Claims: $9,700.34 - Admin Costs Paid: $4,158.64 = Funds on Hand: $0.02

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.