**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JAMES WARR,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.: 23-14641 SLM**

**NOTICE OF RESERVE ON CLAIM**

| | |
|---|---|
| Creditor: | US BANK NATIONAL ASSOCIATION |
| Trustee Claim #: | 12 |
| Court Claim #: | 3 |
| Claimed Amount: | $14,127.85 |
| Date Claim Filed: | 06/13/2023 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable. A change of address must be filed with the Court. A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.** The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: May 06, 2026

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

JAMES WARR
126 WILSON ST
BOONTON, NJ 07005-2235

SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ 07852

US BANK NATIONAL ASSOCIATION
ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMET
PO BOX 108
ST LOUIS, MO 63166

US BANK NATIONAL ASSOCIATION
ELAN FINANCIAL SERVIVES
4801 FREDERICA ST
OWENSBORO, KY 42301