UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

In re:

James Warr,
Debtor

Case No. 23-14641

Chapter: 13

Judge: Stacey L. Meisel

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, James Warr, Debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/29/2026

James Warr
Debtor's Signature

**IMPORTANT:**

- **Each Debtor in a joint case must file a separate Certification in Support of Discharge.**
- **discharge will not be entered for a Debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**